**FILED**
CLERK, U.S. DISTRICT COURT
8/21/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ____WH____ DEPUTY

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| NAILA RODRIGUEZ, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PVH RETAIL STORES LLC; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 5:20-cv-01572 PSG(Ex)<br><br>Assigned for all purposes to:<br><br>The Honorable Philip S. Gutierrez<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

PURSUANT TO STIPULATION, IT IS SO ORDERED. Plaintiff's Complaint, ECF No. 1-1, and all claims alleged therein are DISMISSED without prejudice, and each party will bear its own attorneys' fees and costs.

DATED: 8/21/2020

PHILIP S. GUTIERREZ
_____
Honorable Philip Gutierrez
United States District Judge

[Proposed] Order Granting
Stipulation of Dismissal
Case No. 5:20-cv-01572 PSG(Ex)